IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

**CLIFTON WILLIAMS, et al.**

      **Plaintiffs**

v.                                        Case Number: 1:05CV02095
                                          Judge Robertson

**THE UNITED STATES OF AMERICA**

      Defendant

**AFFIDAVIT OF SERVICE**

**DISTRICT OF COLUMBIA}:ss**

I, Adam Katzen, age 27, hereby depose and state that I served Defendant The United States of America, in the above captioned case, with a copy of the Summons, Complaint, and Initial Order, addressed to Alberto R. Gonzales, United States Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530,, via Certified Mail, Return Receipt Requested, and that it was delivered and signed for.

The Return Receipt is attached hereto.

Respectfully Submitted,

*/s/ Adam B. Katzen*
Adam B. Katzen

SUBSCRIBED AND SWORN TO before me this 15th day of November, 2005.

*/s/ Karla A. Carrillo*
NOTARY PUBLIC

Karla A. Carrillo
Notary Public, District of Columbia
My Commission Expires 07-14-2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto R. Gonzales
   United States Attorney General
   United States Dept. of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_      ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
   _[signature]_                    NOV 07 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0002 8724 9775

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540