IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

CLIFTON WILLIAMS, et al.

        Plaintiffs

v.                         Case Number: 1:05CV02095
                             Judge Robertson

THE UNITED STATES OF AMERICA

        Defendant

### AFFIDAVIT OF SERVICE

DISTRICT OF COLUMBIA}:ss

    I, Adam Katzen, age 27, hereby depose and state that I served Defendant The United States of America, in the above captioned case, with a copy of the Summons, Complaint, and Initial Order, addressed to Roscoe C. Howard, Jr., United States Attorney for the District of Columbia, 555 Fourth Street, N.W., Washington, D.C. 20530, via Certified Mail, Return Receipt Requested, and that it was delivered and signed for.

    The Return Receipt is attached hereto.

                                   Respectfully Submitted,

                                   Adam B. Katzen

SUBSCRIBED AND SWORN TO before me this 15th day of November, 2005.

                                   NOTARY PUBLIC

Karla A. Carrillo
Notary Public, District of Columbia
My Commission Expires 07-14-2010

My Commission Expires:

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth L. Howard Jr.
United States Attorney
for the District of Columbia
555 Fourth St. N.W.
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signed]_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
NOV 0 7 2005

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 3110 0002 8724 9782

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540