IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFTON WILLIAMS, <u>et al</u>. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No: 05-2095 (JR) |

### DEFENDANT'S ANSWER TO COMPLAINT

Defendant, by and through its undersigned attorneys, hereby answer plaintiffs Complaint.

### FIRST DEFENSE

Defendant responds to the numbered and unnumbered paragraphs of the Complaint as follows:

### COMPLAINT

This unnumbered paragraph contains a characterization of this action to which no answer is required.

### JURISDICTION AND VENUE

1-2.   These paragraphs contain a statement on jurisdiction and venue to which no answers are required.

### PARTIES

2-4.   Defendant is without sufficient information to admit or deny the factual allegations contained in paragraphs 3 and 4.

5.   Admitted.

## FACTUAL ALLEGATIONS

6-7.    Admitted.

8-10.   Denied.

The remaining unnumbered paragraphs contain plaintiff's request for relief to which no answer is necessary, but insofar as an answer is necessary, defendant denies that plaintiffs are entitled to the relief requested herein or to any relief whatsoever.

Defendant hereby specifically deny all of the allegations of the Complaint not herein before otherwise answered.

Having fully answered, defendant respectfully requests that this action be dismissed with prejudice and that defendant be granted its costs and other such relief as this Court deems appropriate.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

OF COUNSEL:
Gregory McCracken
Tort Claims Attorney
Tort Claims Unit
Office of the Judge Advocate General
of the Navy