UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLIFTON WILLIAMS, et al.      )
                              )
            Plaintiffs,       )
                              )
      v.                      )   Civil Action No: 05-2095 (JR)
                              )
UNITED STATES OF AMERICA,     )
                              )
            Defendant.        )

## STIPULATION OF SETTLEMENT AND DISMISSAL

Defendant and plaintiffs hereby stipulate and agree, by and through their undersigned attorneys, as follows:

1. Defendant and plaintiffs do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. It is agreed that the United States of America will pay plaintiff Clifton Williams $8,750.00 and plaintiff Douglas Braxton $8,750.00 and each will accept such payment. The payments to plaintiffs Clifton Williams and Douglas Braxton are in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatever kind and nature against the defendant, its agents, servants, and employees, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims against the defendant for wrongful death under survival statutes, which plaintiffs now have or may hereafter acquire against the defendant, its agents, servants, and employees. Plaintiffs further agree to reimburse, indemnify, and hold harmless the defendant, its agents, servants, and employees from any and all such causes of

action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from the above-entitled litigation or further litigation or the prosecution of claims by or on behalf of plaintiffs against any third party or against the defendant.

3.  This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the defendant, its agents, servants, or employees, and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

4.  It is also agreed that the settlement amount of $8,750.00 for plaintiff Clifton Williams and $8,750.00 for plaintiff Douglas Braxton represents the entire amount of the compromise settlement between plaintiffs and the defendant and that the respective parties will each bear their own costs, fees, and expenses and the any attorney's fees owed by the plaintiffs will be paid out of the settlement amount and not in addition thereto.

5.  It is also understood that pursuant to Title 28, United States Code, Section 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 percent of the amount of the compromise settlement between plaintiffs and the defendant.

6.  Payment of the settlement amount will be made by check drawn on the United States of America for $17,500.00 made payable to Michael L. Avery, Sr., plaintiffs' attorney, and plaintiffs Clifton Williams and Douglas Braxton. Plaintiffs' attorney agrees to distribute the settlement proceeds to plaintiffs.

7.  The above-styled action is dismissed with prejudice from the docket of the Court except that the Court shall have jurisdiction to reinstate this action to resolve a claim of noncompliance with the terms of this stipulation.

Executed this ___ ___ day of March, 2006.

Respectfully submitted,

_____  
CLIFTON WILLIAMS  
Plaintiff

_____  
KENNETH L. WAINSTEIN, DC Bar # 451058  
United States Attorney

_____  
DOUGLAS BRAXTON  
Plaintiff

_____  
R. CRAIG LAWRENCE, DC Bar # 171538  
Assistant United States Attorney

_____  
MICHAEL L. AVERY, SR.  
1331 H Street, N.W.  
Suite 902  
Washington, D.C. 20005  
Counsel for Plaintiffs

_____  
WYNEVA JOHNSON, D.C. Bar # 278515  
Assistant United States Attorney  
555 4TH Street, N.W., Room E4106  
Washington, D.C. 20530  
Counsel for Defendant

SO ORDERED, on this _____ day of _____ _____, 2006.

_____  
UNITED STATES DISTRICT COURT JUDGE

3